**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Estate of F.J. Leonards, Deceased

Appellate case number:    01-20-00222-CV

Trial court case number:  P03986A

Trial court:              County Court of Chambers County

The clerk's record was filed April 7, 2020. It lacks, among other things, a cover, a table of contents, and page numbers.

We strike the clerk's record and **ORDER** the trial court clerk to file a new clerk's record that complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 34.5, 35.3(a); TEX. R. APP. P. app. C, R. 1.1, 1.2, 1.4.

The deadline for the trial court clerk to file this revised volume of the clerk's records in this appeal shall be **20 days from the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                            Acting individually


Date: __April 14, 2020__